UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BAILEY VAN COUTREN )
                                 )
      Plaintiff, )
                                 )
vs. )       CASE NO.: 4:26-cv-00029-SEB-KMB
                                 )
EDFINANCIAL SERVICES, LLC et al. )
                                 )
      Defendants. )

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Bailey Van Coutren, pursuant to FRCP 41, and hereby files this

Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant,

EdFinancial Services, LLC, only, which has neither filed an Answer nor Motion for Summary

Judgment in this action.  Each party shall bear her/its own fees and costs.

      Respectfully submitted this 8th day of June, 2026.

                        HEMMINGER LAW OFFICE, PSC

                        /s/*David W. Hemminger*
                        David W. Hemminger
                        HEMMINGER LAW OFFICE, P.S.C.
                        331 Townepark Circle, Suite 100-C
                        Louisville, KY 40243
                        Tel: (502) 443-1060
                        Fax: (502) 873-5300
                        Email: hemmingerlawoffice@gmail.com
                        *Counsel for Plaintiff*