UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BAILEY VAN COUTREN                    )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )        CASE NO.: 4:26-cv-00029-SEB-KMB
                                      )
EDFINANCIAL SERVICES, LLC et al.      )
                                      )
        Defendants.                   )

Acknowledged:

Defendant EdFinancial
Services, LLC is hereby
dismissed with prejudice.

Date: 6/10/2026

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Bailey Van Coutren, pursuant to FRCP 41, and hereby files this

Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant,

EdFinancial Services, LLC, only, which has neither filed an Answer nor Motion for Summary

Judgment in this action.  Each party shall bear her/its own fees and costs.

        Respectfully submitted this 8th day of June, 2026.

                                HEMMINGER LAW OFFICE, PSC

                                /s/*David W. Hemminger*
                                David W. Hemminger
                                HEMMINGER LAW OFFICE, P.S.C.
                                331 Townepark Circle, Suite 100-C
                                Louisville, KY 40243
                                Tel: (502) 443-1060
                                Fax: (502) 873-5300
                                Email: hemmingerlawoffice@gmail.com
                                *Counsel for Plaintiff*