UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BAILEY VAN COUTREN )
)
    Plaintiff, )
)
vs. )    CASE NO.: 4:26-cv-00029-S[...]
)
EDFINANCIAL SERVICES, LLC et al. )
)
    Defendants. )

> Acknowledged.
>
> Defendant Experian Information Solutions, Inc. is hereby dismissed with prejudice.
>
> Date: 6/10/2026
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Bailey Van Coutren, pursuant to FRCP 41, and hereby files this Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant, Experian Information Solutions, Inc., only, which has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear her/its own fees and costs.

    Respectfully submitted this 8th day of June, 2026.

HEMMINGER LAW OFFICE, PSC

/s/*David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*